Nicol E. Hajjar, Esq. (SBN 303102)
NicolHajjarsTeam@wilshirelawfirm.com
Emily Borman, Esq. (SBN 300180)
emily.borman@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
660 S. Figueroa Street, Sky Lobby
Los Angeles, California 90017
Tel.: (213) 381-9988
Fax: (213) 381-9989

Counsel for Plaintiff
STEPHAN JOO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN JOO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED AIRLINES, INC.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-03358-FMO-SK<br><br>*Assigned to the Hon. Fernando M. Olguin*<br><br>**PLAINTIFF STEPHAN JOO'S NOTICE OF LODGING DIGITAL EXHIBITS IN SUPPORT OF PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO UNITED AIRLINES' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　Aug. 6, 2026__<br>Time:　　10:00 a.m.<br>Place:　　Ctrm 6D (6th Floor)<br><br>Action filed:　Jan. 19, 2024<br>Removed:　　April 23, 2024<br>Trial date:　　Oct. 27, 2026 |

Plaintiff's Notice of Lodging Exhibits in Support of Plaintiff's Partial Motion for Summary Judgment And in Opposition to United Airlines' Motion for Summary Judgment

326400610v.1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Stephan Joo hereby lodges the following electronic/video exhibits with the Court in support of Plaintiff's Partial Motion for Summary Judgment and Opposition to United Airlines' Motion for Summary Judgment:

- Evidentiary Appendix, Tab 75 – United's formal Safety Risk Assessment (SRA) conducted in April 2023, produced by United natively, Bates stamped UAJOO00108192; and

- Evidentiary Appendix, Tab 89 – Video clip produced by Plaintiff natively, Bates stamped WLFJOO_003381

The above-referenced electronic/video exhibits are being lodged separately with the Court due to their electronic format and pursuant to the Court's preferred procedure for lodging electronic exhibits.

WILSHIRE LAW FIRM


By:    /s/ Emily Borman

Nicol E. Hajjar, Esq. (SBN 303102)
NicolHajjarsTeam@wilshirelawfirm.com
Emily Borman, Esq. (SBN 300180)
emily.borman@wileshirelawfirm.com
Guillaume L. D'Amico, Esq. (SBN 313965)
Guillaume.damico@whilshirelawfirm.com
660 S. Figueroa Street, Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorneys for Plaintiff
STEPHAN JOO

1

326400610v.1